**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**RALPH BERNSTEIN,**

    **Plaintiff,**

**v.**                                                          **Case No.: 0:17-cv-62079-BB**

**SYNCHRONY BANK,**

    **Defendant.**

_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    **COME NOW**, Plaintiff, **RALPH BERNSTEIN** ("Plaintiff"), and Defendant, **SYNCHRONY BANK** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this **April 4, 2018**,

| | |
|---|---|
| */s/ Michael A. Ziegler* | */s/ Brandon T. White* |
| Michael A. Ziegler, Esq. | Brandon T. White, Esq. |
| Florida Bar No. 74864 | Florida Bar No.: 106792 |
| Law Office of Michael A. Ziegler, P.L. | Reed Smith, LLP |
| 13575 58th Street North, Ste. 129 | 1001 Brickell Bay Drive, Suite 900 |
| Clearwater, FL 33760 | Miami, FL 33131 |
| Telephone: (727) 538-4188 | Telephone: (786) 747-0222 |
| Facsimile: (727) 362-4778 | Facsimile: (786) 747-0299 |
| mike@zieglerlawoffice.com | bwhite@reedsmith.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **04** day of **April, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael A. Ziegler*
Michael A. Ziegler, Esq.
Florida Bar No. 74864