**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-62079-BLOOM/Valle**

RALPH BERNSTEIN,

     Plaintiff,

v.

SYNCHRONY BANK,

     Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulated Notice of Voluntary Dismissal Without Prejudice, ECF No. [21] ("Stipulation"), filed on April 4, 2018.  The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [21]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 17-cv-62079-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of April, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2